1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   S. BRADLEY,                          1:05-CV-0759 REC WMW P

11            Plaintiff,

12       vs.                              ORDER TO SUBMIT APPLICATION
                                          TO PROCEED IN FORMA PAUPERIS
13   POWERS, Warden, et al.,              **OR**  FILING FEE

14
             Defendants.
15   _____/

16          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

17   § 1983.  Plaintiff has not paid the $250.00 filing fee, or submitted an application to proceed in forma

18   pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY

19   ORDERED that:

20          1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

21   pauperis.

22          2.  Within thirty days of the date of service of this order, plaintiff shall submit a

23   completed application to proceed in forma pauperis, or in the alternative, pay the $250 filing fee for this

24   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

25   IT IS SO ORDERED.

26   **Dated:     July 12, 2005**                      **/s/  William M. Wunderlich**
     j14hj0                                   UNITED STATES MAGISTRATE JUDGE
27

28