IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

S. BRADLEY,

     Plaintiff,                               CV F 05 0759 REC WMW   P

  vs.                                       ORDER RE MOTIONS (DOC 13)

WARDEN POWERS,

     Defendant.

      Plaintiff is a state prisoner proceeding pro se. Pending before the court is plaintiff's motion titled as a "motion for a petition of hearing request for an investigation of staff." Plaintiff refers to the conduct of correctional staff in general, and appears to request assistance by the U.S. Marshal. This court lacks the authority to conduct an investigation. Plaintiff fails to specify what relief he seeks from the court.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a request for an investigation is denied.

IT IS SO ORDERED.

1

1  **Dated:   March 30, 2006**                         **/s/  William M. Wunderlich**
    j14hj0                                                   UNITED STATES MAGISTRATE JUDGE